IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>Entry of Appearance of Christopher DeNardo, Esquire withdrawal of Kristen D. Little, Esquire in various cases Related to The Law Firm LOGS Legal Group LLP<br><br>.<br>.<br>. | MISCELLANEOUS NO.<br><br>22-222 CMB |

## OMNIBUS MOTION TO ENTER THE APPEARANCE OF CHRISTOPHER DENARDO OF LOGS LEGAL GROUP LLC AND WITHDRAW OF KRISTEN D. LITTLE IN VARIOUS CASES RELATED TO LOGS LEGAL GROUP, LLP

And now comes movants Christopher A. DeNardo, Esquire and Kristen D. Little, Esquire, and file this Omnibus Motion to enter the appearance of Christopher A. DeNardo in certain cases in the Bankruptcy Court for the Western District of Pennsylvania, and withdraw the appearance of Kristen D. Little in those cases, and in support thereof avers as follows:

1. Attorney Little's last day of employment with LOGS Legal Group LLP was June 24, 2022.

2. Movants' firm LOGS Legal Group LLP has been retained to represent various creditors in the Western District Bankruptcy Court of Pennsylvania.

3. Attorney Little was employed by LOGS Legal Group, LLP and was not individually retained by the variety of secured creditors for which she entered her appearance.

4. The Creditors have engaged LOGS Legal Group LLP as their counsel of record.

5. All attorneys wish to continue a smooth and seamless representation of their clients.

6. As such, the Movants request Attorney DeNardo's appearance be substituted for that of Attorney Little as to the law firm LOGS Legal Network LLP.

7. Attorney Little also requests her appearance be withdrawn as to cases for the LOGS Legal Group LLP.

8. Attached as Exhibit "A" is the list of approximately 141 cases in which this substitution and withdrawal of appearance should occur.

9. To the extent any those cases are closed, Movants request Attorney DeNardo's appearance be substituted on the docket for that of Attorney Little in the event those cases are reopened by this Honorable Court.

10. The parties agree to the use of the electronic signatures for purposes of filing this motion.

WHEREFORE, for the reasons set forth herein, Christopher A. DeNardo, Esquire requests his appearance be substituted for Kristen D. Little, Esquire, and Kristen D. Little requests she be withdrawn in the cases involving LOGS Legal Group, LLP in each of the attached cases, together with any further relief that this Honorable court deems appropriate and necessary.

Respectfully submitted,

Dated: 7/27/2022

BY: */s/ Christopher A. DeNardo*
Christopher A. DeNardo, Esquire
PA BAR ID #78447
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809
cdenardo@logs.com

Dated: 6/24/2022

BY: /s/ Kristen D. Little
Kristen D. Little, Esquire
PA BAR ID #79992